UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORETTA JONES-TENSELY, o/b/o D.H.T.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  CV-11-0181-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

　　　BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 22.) Attorney Maureen Rosette represents Plaintiff; Special Assistant United States Attorney Jessica Milano represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

　　　**IT IS ORDERED:**

　　　1.　The parties' stipulated Motion to Remand **(ECF No. 22)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), included but not limited to the following actions: The Appeals Council will assign this case to an administrative law judge (ALJ) for further evaluation of Plaintiff's functional limitations. The ALJ will develop the record by obtaining medical testing, with I.Q.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

testing, and will obtain a medical expert to determine Plaintiff's functional limitations.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 15**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 2, 2012.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2